FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 2 3 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Levian D. Pacheco,<br><br>    Defendant. | No. CR-17-01152-PHX-SPL(BSB)<br><br>**REDACTED INDICTMENT**<br><br>VIO:  18 U.S.C. §§ 2244(a)(4), 2243(b) and 2246(3)<br>(Abusive Sexual Contact of a Ward)<br>Counts 1-3 |

THE GRAND JURY CHARGES:

## COUNT 1

On or between July 20, 2017, and July 25, 2017, in the District of Arizona, at Kokopelli Southwest Key Casa in Mesa AZ, which is a facility in which juvenile persons are held in custody by direction of or pursuant to a contract or agreement with The United States Department of Health and Human Services, defendant LEVIAN D. PACHECO, who was a Youth Care Worker at the above detention facility, did knowingly engage in sexual contact and cause sexual contact, to wit, the intentional touching, either directly or through the clothing, of the penis and testicles of John Doe 1, a 17-year-old juvenile male, who was at that time in official detention and under the custodial and supervisory authority of the defendant, and done with the intent to abuse, arouse or gratify the sexual desire of any person.

In violation of Title 18, United States Code, Sections 2244(a)(4), 2243(b) and 2246(3).

## COUNT 2

On or between July 20, 2017, and July 25, 2017, in the District of Arizona, at Kokopelli Southwest Key Casa in Mesa AZ, which is a facility in which juvenile persons are held in custody by direction of or pursuant to a contract or agreement with The United States Department of Health and Human Services, defendant LEVIAN D. PACHECO, who was a Youth Care Worker at the above detention facility, did knowingly engage in sexual contact and cause sexual contact, to wit, the intentional touching, either directly or through the clothing, of the penis and testicles of John Doe 2, a 17-year-old juvenile male, who was at that time in official detention and under the custodial and supervisory authority of the defendant, and done with the intent to abuse, arouse or gratify the sexual desire of any person.

In violation of Title 18, United States Code, Sections 2244(a)(4), 2243(b) and 2246(3).

## COUNT 3

On or between May 1, 2017, and July 25, 2017, in the District of Arizona, at Kokopelli Southwest Key Casa in Mesa AZ, which is a facility in which juvenile persons are held in custody by direction of or pursuant to a contract or agreement with The United States Department of Health and Human Services, defendant LEVIAN D. PACHECO, who was a Youth Care Worker at the above detention facility, did knowingly engage in sexual contact and cause sexual contact, to wit, the intentional touching, either directly or through the clothing, of the penis and testicles of John Doe 3, a 17-year-old juvenile male, who was at that time in official detention and under the custodial and supervisory authority of the defendant, and done with the intent to abuse, arouse or gratify the sexual desire of any person.

In violation of Title 18, United States Code, Sections 2244(a)(4), 2243(b) and

2246(3).

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: August 23, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona


*s/*
ROGER DOKKEN
Assistant U.S. Attorney