```
___X FILED      ___ LODGED
___ RECEIVED    ___ COPY

    DEC 1 2 2017

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY  S M H          DEPUTY
```

1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                          DISTRICT OF ARIZONA

8
    United States of America,                No. CR-17-1152-PHX-SPL (BSB)
9
                        Plaintiff,
10                                            **REDACTED**
          vs.                                 **SUPERSEDING INDICTMENT**
11
                                              VIO:   18 U.S.C. §§ 2244(a)(4), 2243(b)
12   Levian D. Pacheco,                               and 2246(3)
                                                      (Abusive Sexual Contact of a Ward)
13                      Defendant.                    Counts 1-7

14                                                    18 U.S.C. §§ 2243(b) and 2246(2)
                                                      (Sexual Act With a Ward)
15                                                    Count 8

16

17

18   THE GRAND JURY CHARGES:

19                              <u>**COUNT 1**</u>

20          On or between July 20, 2017, and July 25, 2017, in the District of Arizona, at

21   Kokopelli Southwest Key Casa in Mesa AZ, which is a facility in which juvenile persons

22   are held in custody by direction of or pursuant to a contract or agreement with The United

23   States Department of Health and Human Services, defendant LEVIAN D. PACHECO, who

24   was a Youth Care Worker at the above detention facility, did knowingly engage in sexual

25   contact and cause sexual contact, to wit, the intentional touching, either directly or through

26   the clothing, of the penis and testicles of John Doe 1, a 17-year-old juvenile male, who was

27   at that time in official detention and under the custodial and supervisory authority of the

28   defendant, and done with the intent to abuse, arouse or gratify the sexual desire of any

2246(3).

## COUNT 4

On or between May 1, 2017 and July 25, 2017, in the District of Arizona, at Kokopelli Southwest Key Casa in Mesa AZ, which is a facility in which juvenile persons are held in custody by direction of or pursuant to a contract or agreement with The United States Department of Health and Human Services, defendant LEVIAN D. PACHECO, who was a Youth Care Worker at the above detention facility, did knowingly engage in sexual contact and cause sexual contact, to wit, the intentional touching, either directly or through the clothing, of the penis and testicles of John Doe 4, a 17-year-old juvenile male, who was at that time in official detention and under the custodial and supervisory authority of the defendant, and done with the intent to abuse, arouse or gratify the sexual desire of any person.

In violation of Title 18, United States Code, Sections 2244(a)(4), 2243(b) and 2246(3).

## COUNT 5

On or between July 16, 2017, and July 22, 2017, in the District of Arizona, at Kokopelli Southwest Key Casa in Mesa AZ, which is a facility in which juvenile persons are held in custody by direction of or pursuant to a contract or agreement with The United States Department of Health and Human Services, defendant LEVIAN D. PACHECO, who was a Youth Care Worker at the above detention facility, did knowingly engage in sexual contact and cause sexual contact, to wit, the intentional touching, either directly or through the clothing, of the penis and testicles of John Doe 5, a 17-year-old juvenile male, who was at that time in official detention and under the custodial and supervisory authority of the defendant, and done with the intent to abuse, arouse or gratify the sexual desire of any person.

In violation of Title 18, United States Code, Sections 2244(a)(4), 2243(b) and 2246(3).

**COUNT 6**

On or between May 1, 2017, and July 25, 2017, in the District of Arizona, at Kokopelli Southwest Key Casa in Mesa AZ, which is a facility in which juvenile persons are held in custody by direction of or pursuant to a contract or agreement with The United States Department of Health and Human Services, defendant LEVIAN D. PACHECO, who was a Youth Care Worker at the above detention facility, did knowingly engage in sexual contact and cause sexual contact, to wit, the intentional touching, either directly or through the clothing, of the penis and testicles of John Doe 6, a 17-year-old juvenile male, who was at that time in official detention and under the custodial and supervisory authority of the defendant, and done with the intent to abuse, arouse or gratify the sexual desire of any person.

In violation of Title 18, United States Code, Sections 2244(a)(4), 2243(b) and 2246(3).

**COUNT 7**

On or between June 1, 2017 and June 30, 2017, in the District of Arizona, at Kokopelli Southwest Key Casa in Mesa AZ, which is a facility in which juvenile persons are held in custody by direction of or pursuant to a contract or agreement with The United States Department of Health and Human Services, defendant LEVIAN D. PACHECO, who was a Youth Care Worker at the above detention facility, did knowingly engage in sexual contact and cause sexual contact, to wit, the intentional touching, either directly or through the clothing, of the penis and testicles of John Doe 7, a 17-year-old juvenile male, who was at that time in official detention and under the custodial and supervisory authority of the defendant, and done with the intent to abuse, arouse or gratify the sexual desire of any person.

In violation of Title 18, United States Code, Sections 2244(a)(4), 2243(b) and 2246(3).

1

**COUNT 8**

2    On or between July 16, 2017, and July 22, 2017, in the District of Arizona, at

3    Kokopelli Southwest Key Casa in Mesa AZ, which is a facility in which juvenile persons

4    are held in custody by direction of or pursuant to a contract or agreement with The United

5    States Department of Health and Human Services, defendant LEVIAN D. PACHECO, who

6    was a Youth Care Worker at the above detention facility, did knowingly engage in and

7    attempt to engage in a sexual act with the victim, John Doe 5, a person who was then in

8    official detention and under the custodial, supervisory, and/or disciplinary authority of

9    defendant.  The sexual act involved contact between the victim's penis and the defendant's

10   mouth, and is specifically alleged to have occurred in the victim's bedroom.

11   In violation of Title 18, United States Code, Sections 2243(b) and 2246(2).

12

13   A TRUE BILL

14   _s/_

15   FOREPERSON OF THE GRAND JURY
     Date: December 12, 2017

16   ELIZABETH A. STRANGE
     First Assistant United States Attorney

17   District of Arizona

18   _s/_
     ROBERT I. BROOKS

19   Assistant U.S. Attorney

20

21

22

23

24

25

26

27

28