FILED ____ LODGED
____ RECEIVED ____ COPY

JUN 2 6 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>vs.<br><br>Levian D. Pacheco,<br><br>                Defendant. | No. CR-17-1152-PHX-SPL (BSB)<br><br>**REDACTED THIRD SUPERSEDING INDICTMENT**<br><br>VIO:  18 U.S.C. §§ 2244(a)(4), and 2246(3)<br>(Abusive Sexual Contact with a Ward)<br>Counts 1-8, and 12<br><br>18 U.S.C. §§ 2243(b) and 2246(2)<br>(Sexual Act with a Ward)<br>Counts 9-11 |

THE GRAND JURY CHARGES:

## COUNT 1

On or between July 21, 2017 and July 24, 2017, in the District of Arizona, at Kokopelli Southwest Key Casa in Mesa AZ, a facility in which unaccompanied minors are held in custody by direction of or pursuant to a contract or agreement with the United States Department of Health and Human Services, defendant LEVIAN D. PACHECO, who was a Youth Care Worker at the above detention facility, did knowingly engage in sexual contact with John Doe 1, who was at that time in official detention and under the custodial, supervisory, or disciplinary authority of the defendant. The sexual contact involved the intentional touching, directly or through the clothing, of the victim's penis with the defendant's hand, with the intent to abuse, humiliate, harass, and degrade the victim, and arouse and gratify the sexual desire of the defendant.

In violation of Title 18, United States Code, Sections 2244(a)(4) and 2246(3).

## COUNT 2

On or between July 21, 2017, and July 24, 2017, in the District of Arizona, at Kokopelli Southwest Key Casa in Mesa AZ, a facility in which unaccompanied minors are held in custody by direction of or pursuant to a contract or agreement with the United States Department of Health and Human Services, defendant LEVIAN D. PACHECO, who was a Youth Care Worker at the above detention facility, did knowingly engage in sexual contact with John Doe 2, who was at that time in official detention and under the custodial, supervisory, or disciplinary authority of the defendant. The sexual contact involved the intentional touching, directly or through the clothing, of the victim's penis with the defendant's hand, with the intent to abuse, humiliate, harass, and degrade the victim, and arouse and gratify the sexual desire of the defendant.

In violation of Title 18, United States Code, Sections 2244(a)(4) and 2246(3).

## COUNT 3

On or between May 1, 2017, and June 16, 2017, in the District of Arizona, at Kokopelli Southwest Key Casa in Mesa AZ, a facility in which unaccompanied minors are held in custody by direction of or pursuant to a contract or agreement with the United States Department of Health and Human Services, defendant LEVIAN D. PACHECO, who was a Youth Care Worker at the above detention facility, did knowingly engage in sexual contact with John Doe 3, who was at that time in official detention and under the custodial, supervisory, or disciplinary authority of the defendant. The sexual contact involved the intentional touching, directly or through the clothing, of the victim's penis with the defendant's hand, with the intent to abuse, humiliate, harass, and degrade the victim, and arouse and gratify the sexual desire of the defendant.

In violation of Title 18, United States Code, Sections 2244(a)(4) and 2246(3).

## COUNT 4

On or between June 25, 2017 and July 24, 2017, in the District of Arizona, at Kokopelli Southwest Key Casa in Mesa AZ, which is a facility in which unaccompanied

minors are held in custody by direction of or pursuant to a contract or agreement with the United States Department of Health and Human Services, defendant LEVIAN D. PACHECO, who was a Youth Care Worker at the above detention facility, did knowingly engage in sexual contact with John Doe 3, who was at that time in official detention and under the custodial, supervisory, or disciplinary authority of the defendant. The sexual contact involved the intentional touching, directly or through the clothing, of the victim's penis with the defendant's hand, with the intent to abuse, humiliate, harass, and degrade the victim, and arouse and gratify the sexual desire of the defendant.

In violation of Title 18, United States Code, Sections 2244(a)(4) and 2246(3).

## COUNT 5

On or between June 25, 2017 and July 24, 2017, in the District of Arizona, at Kokopelli Southwest Key Casa in Mesa AZ, which is a facility in which unaccompanied minors are held in custody by direction of or pursuant to a contract or agreement with the United States Department of Health and Human Services, defendant LEVIAN D. PACHECO, who was a Youth Care Worker at the above detention facility, did knowingly engage in sexual contact with John Doe 4, who was at that time in official detention and under the custodial, supervisory, or disciplinary authority of the defendant. The sexual contact involved the intentional touching, directly or through the clothing, of the victim's penis with the defendant's hand, with the intent to abuse, humiliate, harass, and degrade the victim, and arouse and gratify the sexual desire of the defendant.

In violation of Title 18, United States Code, Sections 2244(a)(4) and 2246(3).

## COUNT 6

On or between May 1, 2017 and July 24, 2017, in the District of Arizona, at Kokopelli Southwest Key Casa in Mesa AZ, which is a facility in which unaccompanied minors are held in custody by direction of or pursuant to a contract or agreement with the United States Department of Health and Human Services, defendant LEVIAN D. PACHECO, who was a Youth Care Worker at the above detention facility, did knowingly engage in sexual contact with John Doe 5, who was at that time in official detention and

under the custodial, supervisory, or disciplinary authority of the defendant. The sexual contact involved the intentional touching, directly or through the clothing, of the victim's penis with the defendant's hand, with the intent to abuse, humiliate, harass, and degrade the victim, and arouse and gratify the sexual desire of the defendant.

In violation of Title 18, United States Code, Sections 2244(a)(4) and 2246(3).

## COUNT 7

On or between August 29, 2016 and May 23, 2017, in the District of Arizona, at Kokopelli Southwest Key Casa in Mesa AZ, which is a facility in which unaccompanied minors are held in custody by direction of or pursuant to a contract or agreement with the United States Department of Health and Human Services, defendant LEVIAN D. PACHECO, who was a Youth Care Worker at the above detention facility, did knowingly engage in sexual contact with John Doe 6, who was at that time in official detention and under the custodial, supervisory, or disciplinary authority of the defendant. The sexual contact involved the intentional touching, directly or through the clothing, of the victim's penis with the defendant's hand, with the intent to abuse, humiliate, harass, and degrade the victim, and arouse and gratify the sexual desire of the defendant.

In violation of Title 18, United States Code, Sections 2244(a)(4) and 2246(3).

## COUNT 8

On or between June 2, 2017 and June 16, 2017, in the District of Arizona, at Kokopelli Southwest Key Casa in Mesa AZ, which is a facility in which unaccompanied minors are held in custody by direction of or pursuant to a contract or agreement with the United States Department of Health and Human Services, defendant LEVIAN D. PACHECO, who was a Youth Care Worker at the above detention facility, did knowingly engage in sexual contact with John Doe 7, who was at that time in official detention and under the custodial, supervisory, or disciplinary authority of the defendant. The sexual contact involved the intentional touching, directly or through the clothing, of the victim's penis with the defendant's hand, with the intent to abuse, humiliate, harass, and degrade the victim, and arouse and gratify the sexual desire of the defendant.

In violation of Title 18, United States Code, Sections 2244(a)(4) and 2246(3).

## COUNT 9

On or between June 2, 2017 and June 16, 2017, in the District of Arizona, at Kokopelli Southwest Key Casa in Mesa AZ, which is a facility in which unaccompanied minors are held in custody by direction of or pursuant to a contract or agreement with the United States Department of Health and Human Services, defendant LEVIAN D. PACHECO, who was a Youth Care Worker at the above detention facility, did knowingly engage in and attempt to engage in a sexual act with John Doe 7, who was at that time in official detention and under the custodial, supervisory, or disciplinary authority of the defendant. The sexual act involved contact between the defendant's mouth and the victim's penis.

In violation of Title 18, United States Code, Sections 2243(b) and 2246(2).

## COUNT 10

On or between July 21, 2017, and July 24, 2017, in the District of Arizona, at Kokopelli Southwest Key Casa in Mesa AZ, which is a facility in which unaccompanied minors are held in custody by direction of or pursuant to a contract or agreement with the United States Department of Health and Human Services, defendant LEVIAN D. PACHECO, who was a Youth Care Worker at the above detention facility, did knowingly engage in and attempt to engage in a sexual act with John Doe 8, who was at that time in official detention and under the custodial, supervisory, or disciplinary authority of the defendant. The sexual act involved contact between the defendant's mouth and the victim's penis.

In violation of Title 18, United States Code, Sections 2243(b) and 2246(2).

## COUNT 11

On or between July 21, 2017, and July 24, 2017, in the District of Arizona, at Kokopelli Southwest Key Casa in Mesa AZ, which is a facility in which unaccompanied minors are held in custody by direction of or pursuant to a contract or agreement with the United States Department of Health and Human Services, defendant LEVIAN D.

PACHECO, who was a Youth Care Worker at the above detention facility, did knowingly engage in and attempt to engage in a sexual act with John Doe 8, who was at that time in official detention and under the custodial, supervisory, or disciplinary authority of the defendant. The sexual act involved contact between the victim's penis and the defendant's anus, upon penetration however slight.

In violation of Title 18, United States Code, Sections 2243(b) and 2246(2).

## COUNT 12

On or between May 25, 2016 and June 28, 2016, in the District of Arizona, at Kokopelli Southwest Key Casa in Mesa AZ, which is a facility in which unaccompanied minors are held in custody by direction of or pursuant to a contract or agreement with the United States Department of Health and Human Services, defendant LEVIAN D. PACHECO, who was a Youth Care Worker at the above detention facility, did knowingly engage in sexual contact with John Doe 9, who was at that time in official detention and under the custodial, supervisory, or disciplinary authority of the defendant. The sexual contact involved the intentional touching, directly or through the clothing, of the victim's penis with the defendant's hand, with the intent to abuse, humiliate, harass, and degrade the victim, and arouse and gratify the sexual desire of the defendant.

In violation of Title 18, United States Code, Sections 2244(a)(4) and 2246(3).

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: June 26, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona


*s/*
DIMITRA H. SAMPSON
TRACY VAN BUSKIRK
Assistant U.S. Attorneys