ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
DIMITRA H. SAMPSON
Arizona State Bar No. 019133
Email: dimitra.sampson@usdoj.gov
TRACY VAN BUSKIRK
Arizona State Bar No. 022097
Email: tracy.van.buskirk@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Levian D. Pacheco,<br><br>Defendant. | No. CR-17-1152-PHX-SPL<br><br>**PROPOSED STIPULATED JOINT DESCRIPTION OF THE CASE** |

The parties, by and through undersigned counsel, hereby submit the following Proposed Stipulated Joint Description of the Case, to be read to the jury:

The defendant, Levian D. Pacheco, is charged with eight counts of Abusive Sexual Contact of a Ward, and three counts of Sexual Abuse of a Ward, alleged to have been committed between August 29, 2016 and July 24, 2017, at the Casa Kokopelli Southwest Key facility in Mesa, Arizona. The government alleges that the eight victims named in the Indictment ranged in age from 15 to 17, and were unaccompanied minors in the United States being held in official detention at Kokopelli, pursuant to a contract agreement with the United States Department of Health and Human Services. It is alleged that the victims were under the custodial, supervisory or disciplinary authority of the defendant, who was a Youth Care Worker at Kokopelli at the time.

The allegations include that the defendant touched six of the victims on their genitalia over their clothing, and that he performed oral sex on two of the victims, as well as attempted to put one of the victim's penis inside the defendant's anus. It is alleged that he committed these offenses with sexual intent. The defendant denies the allegations.

Respectfully submitted this 30th day of July, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

 *s/Dimitra H. Sampson*
DIMITRA H. SAMPSON
TRACY VAN BUSKIRK
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of July, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Benjamin Good and Gerald Williams,
*Attorneys for Defendant.*

*s/Erica Lane*
U.S. Attorney's Office