ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

DIMITRA H. SAMPSON
Arizona State Bar No. 019133
Email: dimitra.sampson@usdoj.gov
TRACY VAN BUSKIRK
Arizona State Bar No. 022097
Email: tracy.van.buskirk@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>          vs.<br><br>Levian D. Pacheco,<br><br>                    Defendant. | No. CR-17-1152-PHX-SPL<br><br>**JOINT PRETRIAL MEMORANDUM** |

In accord with the Court's Final Pretrial Conference Order (Doc. 55), the United States and Defendant Levian D. Pacheco (Defendant) jointly file this Pretrial Memorandum.

**1.      Counts**

The following counts will be tried by the jury: Counts 1-8: Abusive Sexual Contact with a Ward, in violation of 18 U.S.C. §§ 2244(a)(4) and 2246(3) and Counts 9-12:  Sexual Abuse of a Ward, in violation of 18 U.S.C. §§ 2243(b) and 2226(2).  Count 12 has been dismissed (Doc. 117).

**2.      Forfeiture Allegation**

The indictment does not contain a forfeiture allegation.

**3. Notices**

The government has previously filed the following notices of intent to use evidence:

a. Notice of Confessions, Admissions, and Statements Pursuant to Local Rule 16.1 (Docs. 69, 122);

b. Notice of Intent to Use Inextricably Intertwined Evidence (Doc. 64);

c. Notice of Intent to Use Other Act Evidence Pursuant to Fed. R. Evid. 413, 414 and/or 404(b) (Doc.67);

d. Notice of Intent to Use Expert Testimony and Request for Defense Notice and Discovery (Doc. 70);

e. Supplemental Notice of Expert Testimony (Doc. 87);

f. Notice of Intent to Offer Self-Authenticating Business Records (Doc. 144).

Defendant has previously filed the following notices of intent to use evidence:

a. Notice of Intent to Use Expert Testimony (Doc. 127).

**4. Motions in Limine**

The following motions in limine are currently pending:

a. Defendant's Motion in Limine to Exclude HIV-related Evidence (Doc. 139).

**5. Motions**

The following motions are currently pending:

a. Defendant's for Bill of Particulars (Doc. 96);

b. Defendant's Motion to Dismiss Counts 1-4 for Misconduct Before the Grand Jury (Doc. 109).

c. Government's Motion for Court to Make Findings as a Matter Of Law Regarding Jurisdictional Elements (Doc. 155).

**6. Stipulations of Fact and Evidence**

a. A Files: The parties are negotiating a stipulation regarding the admission of the certified A Files for all of eight victims charged in the Indictment, along with two of the "other act" victims and the defendant.

b. Additional immigration documents: the parties are conferring and expect to

stipulate regarding the admission of additional immigration documents that were not contained in the A files.

    c.    Transcribed interviews:  while not a stipulation to admission, the parties have reached an agreement regarding which transcribed interviews will be used at trial for impeachment/refreshing recollection.

**7.**    <u>**Number of Witnesses and Exhibits**</u>

    In an abundance of caution, the government has provided notice of 59 witness names to be read to potential jurors, but expects to call approximately 34 witnesses to testify at trial.  The government estimates that it will offer 125 exhibits at trial.  The defendant has provided a proposed witness list of 46 witnesses.  The defendant estimates that he will offer 145 exhibits at trial.

**8.**    <u>**Estimated Length of Trial**</u>

    The parties make the following time estimations regarding each stage of trial, based on the trial schedule provided by the Court and assuming a fifteen-minute break in the morning and afternoon sessions:

    Jury Selection:  1 day (approximately 7 hours).

    Opening Statements:  1 hour.

    Government's Case:  5.5 days (approximately 38.5 hours).

    Defendant's Case:  3 days.

    Closing Arguments: 3.5 hours.

    TOTAL: 71 hours

**9.**    <u>**Trial Dates**</u>

    The Court provided the parties with the following trial schedule:  August 28-31, September 4-7, 2018.

**10.**    <u>**Interpreter**</u>

    Many government witnesses will require the assistance of a Spanish-speaking interpreter and the government has secured an interpreter to assist its witnesses from August 28 through September 7, 2018.  The defendant will also require the assistance of a

Spanish-speaking interpreter.

**11.**    **Prospects for Settlement**

This case will not be resolved by a plea. A Notice of Plea Rejection was filed on April 9, 2018 (Doc. 75).

**12.**    **Procedures for Expediting Trial**

The parties are not aware of any available procedures that might be used to expedite trial.

**13.**    **Additional Matters**

There are no additional matters.

Respectfully submitted this 10th day of August, 2018.


JON M. SANDS                                    ELIZABETH A. STRANGE
Federal Public Defender                    First Assistant United States Attorney
                                                          District of Arizona

*s/ Benjamin Good*                          *s/ Tracy Van Buskirk*
BENJAMIN GOOD                          TRACY VAN BUSKIRK
GERALD WILLIAMS                       DIMITRA H. SAMPSON
Assistant Federal Public Defenders    Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Benjamin Good and Gerald Williams, *Attorneys for Defendant.*

*s/Erica Lane*
U.S. Attorney's Office