

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

        Plaintiff,

v.

Levian D. Pacheco,

        Defendant.

No. CR-17-1152-01-PHX-SPL

REDACTED
VERDICT

We, the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, find the defendant, Levian D. Pacheco:

__Guilty__
~~GUILTY~~/NOT GUILTY    **Count 1** ( John Doe 1 )
Abusive Sexual Contact with a Ward

__Guilty__
~~GUILTY~~/NOT GUILTY    **Count 2** ( John Doe 2 )
Abusive Sexual Contact with a Ward

__Guilty__
~~GUILTY~~/NOT GUILTY    **Count 3** ( John Doe 3 )
Abusive Sexual Contact with a Ward

__Guilty__
~~GUILTY~~/NOT GUILTY    **Count 4** ( John Doe 3 )
Abusive Sexual Contact with a Ward

1  ⎯⎯Guilty⎯⎯  Count 6 ( John Doe 5 )
2  GUILTY/NOT GUILTY  Abusive Sexual Contact with a Ward

3
4  ⎯⎯Guilty⎯⎯  Count 7 ( John Doe 6 )
   GUILTY/NOT GUILTY  Abusive Sexual Contact with a Ward

5
6  ⎯⎯Guilty⎯⎯  Count 8 ( John Doe 7 )
7  GUILTY/NOT GUILTY  Abusive Sexual Contact with a Ward

8
9  ⎯⎯Guilty⎯⎯  Count 9 ( John Doe 7 )
   GUILTY/NOT GUILTY  Sexual Abuse of a Ward

10
11 ⎯⎯Guilty⎯⎯  Count 10 ( John Doe 8 )
12 GUILTY/NOT GUILTY  Sexual Abuse of a Ward

13
14 ⎯⎯Guilty⎯⎯  Count 11 ( John Doe 8 )
   GUILTY/NOT GUILTY  Sexual Abuse of a Ward
15

16

17
18  DATE  9/7/2018          1
                     Jury Foreperson Number

2